Stephen M. Lobbin (SBN 181195)
sml@smlavvocati.com
Austin J. Richardson (SBN 319807)
ajr@smlavvocati.com
**SML AVVOCATI P.C.**
888 Prospect Street Suite 200
San Diego, CA 92037
Tel:   949.636.1391

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Nosirrah Management, LLC**, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>**Franklin Wireless Corporation**, a Nevada corporation, and **O.C. Kim**, an individual,<br><br>Defendants. | Case No. 3:21-cv-01316-CAB-JLB<br><br>**DECLARATION OF WILLIAM BAUER IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS COMPLAINT**<br><br>Date:  November 1, 2021<br><br>Honorable Cathy Ann Bencivengo |

I, William Bauer, declare and state as follows:

1. I am General Counsel of Defendant Franklin Wireless Corporation. I have personal knowledge of the facts stated herein, and if called to testify as a witness, I could and would testify competently thereto.

2. On January 12, 2021 I received an email from the SEC online filing system <edgar-postmaster@sec.gov> indicating that a Form 4 had been accepted for submission. This email arrived in my inbox at 12:35PM (PST). At 12:36PM (PST), approximately one minute later, I received a demand letter via email from Plaintiff Nosirrah Management, LLC's counsel (a true and correct copy of which is herewith as Exhibit A) demanding repayment of swing profits under Section 16.

3. That same day, January 12, 2021, I received four more demand letters from other law firms with ostensibly the same claims and demands. Some of those demands came within minutes of the filing, while others took a few hours to arrive.

4. Our research revealed that Nosirrah Management, LLC had purchased one share of our company's stock on June 5, 2020 for $5.60. Attached herewith as Exhibit B is a true and correct copy of the record of the purchase. Ultimately, we responded to Plaintiff's demand letter. Attached herewith as Exhibit C is a true and correct copy of my response letter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and if called to testify, I could and would competently do so.

Executed on this 24th day of September 2021 at San Diego, California.

By: _____

## **PROOF OF SERVICE**

I hereby certify that on September 27, 2021, I electronically transmitted the foregoing document using the CM/ECF system for filing, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies have been served on those indicated as non-registered participants.

Dated:  September 27, 2021                             /s/ Stephen M. Lobbin