# EXHIBIT B

Trade Confirmations                                        https://invest.ameritrade.com/cgi-bin/apps/u/TradeConfirmationsDetail?t...

                          **DIVISION OF TD AMERITRADE INC**
                                                  **PO BOX 2209**
                                              **OMAHA, NE 68103-2209**                    

**Confirmation Notice**

**NOSIRRAH MANAGEMENT LLC ATTN**



| Account Number | Other Information | Transaction Number | Capacity Codes | Your Representative | | |
|---|---|---|---|---|---|---|
| | | 26784534474 | A | TD AMERITRADE | | |
| Activity | Quantity | CUSIP Number | Price | Principal Amount | Misc Fees | Reg Fee |
| YOU BOUGHT | 1 | 355184102 | 5.60 | 5.60 | | 0.00 |
| As of Trade Date | Trade Date | Settlement Date | Interest | Commission/Fee | Net Amount | |
| | 06/05/2020 | 06/09/2020 | | 6.95 | 12.55 | |
| Symbol | | | Trade Description | | | |
| | FRANKLIN WIRELESS CORPORATION | | | | | |
| FKWL | COM | | | | | |

**THIS IS AN UNSOLICITED TRADE**
**FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION**
**PLEASE REFER TO THE TERMS AND CONDITIONS.**