# EXHIBIT C



February 12, 2021

Richard Canedo
Sterlington, PLLC
228 Park Avenue S #97956
New York, NY 10003
litigation@sterlington.net
RC@sterlington.net

Dear Counselor,

This letter is in response to your correspondence dated on or about January 12th, 2021 questioning stock sales by two company Executives, Mr. OC Kim, Franklin's CEO, and Mr. David Lee, Franklin's COO. The Board has investigated these trades with regard to both the factual context and legal requirements as established by the SEC and determined that they were legally and properly conducted and are not in violation of Section 16(b) of the Securities Exchange Act, as alleged in your correspondence.

**Regarding OC Kim's sale of shares on or about 12/31/20**

As reported on Mr. Kim's Form 4, filed on January 12, 2021, he sold 500,000 shares in a private transaction. Mr. Kim has owned those shares since 2003, as can be verified by looking at Franklin's reporting over the last several years. The Form 4 that was filed on October 5th, 2020, does not reflect a purchase by Mr. Kim. That purchase was by his adult daughter.

Mr. Kim's daughter maintains her own separate household and does not reside with Mr. Kim. Mr. Kim has no pecuniary interest in or control over the shares owned by his daughter. Mr. Kim's daughter still owns those shares and has not sold any of them. Consequently, her purchase of shares is completely unrelated and does not trigger Section 16(b) as a purchase by Mr. Kim. As a result, Mr. Kim's sale of shares is not a violation of Section 16(b) Swing Profits.

**Regarding David Lees's sale of shares on or about 12/31/20**

As reported in Mr. Lee's Form 4, filed on January 12, 2021, he sold 50,000 shares in a private transaction. Mr. Lee was granted those shares by Stock Option under the Company's Employee Stock Option program several years ago, as reflected in Franklin's public filings. The Form 4, filed on 12/28/20 reflected his exercise of a small number of his pre-existing options.

Under Rule 16a-4(a), the SEC treats derivative securities as deemed to be the same class of equity security as the underlying security. This applies to options for common stock granted under employee benefit plans as well as to derivative securities not issued by the Company. The **grant** or acquisition of a derivative

9707 Waples St. Suite 150, San Diego, CA 92121
Telephone: 858-623-0000 | Fax: 858-623-0050
www.franklinwireless.com



February 12, 2021
Page 2

security is the key event for Section 16 purposes, the exercise or conversion of a derivative security is treated as a change in the form of beneficial ownership from indirect to direct and is not matched against other transactions in the equity securities for short-swing profit purposes.

Given that Mr. Lee's options were granted many years ago, and the SEC treats the grant date for purposes of Section 16, as the critical date, the Board has determined that his sale of shares does not violate Section 16(b).

Respectfully,

_____
William Bauer, Esq.
General Counsel & Director of Strategic Planning
Franklin Wireless Corp.