Stephen M. Lobbin (SBN 181195)
sml@smlavvocati.com
Austin J. Richardson (SBN 319807)
ajr@smlavvocati.com
**SML AVVOCATI P.C.**
888 Prospect Street Suite 200
San Diego, CA 92037
Tel:   949.636.1391

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Nosirrah Management, LLC**, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>**Franklin Wireless Corporation**, a Nevada corporation, and **O.C. Kim**, an individual,<br><br>Defendants. | Case No. 3:21-cv-01316-CAB-JLB<br><br>**DECLARATION OF RACHEL KIM IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS COMPLAINT**<br><br>Date:  November 1, 2021<br><br>Honorable Cathy Ann Bencivengo |

I, Rachel Kim, declare and state as follows:

1. I have personal knowledge of the facts stated herein, and if called to testify as a witness, I could and would testify competently thereto.

2. My Korean name is Haesook Kim.  My father is O.C. Kim.  I am over 30 years old, and I have not lived at the same address with my parents for nearly a decade.

3. I work as a pharmacist with the University of California at San Diego, and typically my income is more than $150,000 annually.  The only recent financial support provided by my parents was a $100,000 loan in 2019 (from my mother) for

the down payment on my home, which is titled in my name. The home purchase price was $760,000, and I have repaid the $100,000 loan in full.

4. I have no other debt obligations to my parents.

5. My investment portfolio includes $35,000 (401k and IRA), 160,000 Franklin shares (purchase price contingent), and no other restricted shares.

6. My purchase agreement for Franklin shares was a private transaction. In August 2020, my father told me that my aunt in Korea wanted to sell her Franklin shares if I was interest in the purchase. I was interested, but I could only agree to the purchase on a contingent payment basis with a deadline of December 31, 2023. My aunt and I negotiated and entered into an agreement in August 2020, to sell and purchase 160,000 shares @ $2.5.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and if called to testify, I could and would competently do so.

Executed on this 24th day of September 2021 at San Diego, California.

By: *Rachel Kim*

## **PROOF OF SERVICE**

I hereby certify that on September 27, 2021, I electronically transmitted the foregoing document using the CM/ECF system for filing, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies have been served on those indicated as non-registered participants.

Dated:  September 27, 2021                             /s/ Stephen M. Lobbin