Stephen M. Lobbin (SBN 181195)
sml@smlavvocati.com
Austin J. Richardson (SBN 319807)
ajr@smlavvocati.com
**SML AVVOCATI P.C.**
888 Prospect Street Suite 200
San Diego, CA 92037
Tel:   949.636.1391

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Nosirrah Management, LLC**, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>**Franklin Wireless Corporation**, a Nevada corporation, and **O.C. Kim**, an individual,<br><br>Defendants. | Case No. 3:21-cv-01316-CAB-JLB<br><br>**DECLARATION OF O.C. KIM IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS COMPLAINT**<br><br>Date:  November 1, 2021<br><br>Honorable Cathy Ann Bencivengo |

I, O.C. Kim, declare and state as follows:

1. I am a President of Defendant Franklin Wireless Corporation, and also am named individually as a Defendant in the above-referenced action. I have personal knowledge of the facts stated herein, and if called to testify as a witness, I could and would testify competently thereto.

2. My daughter is Rachel Kim, and her Korean name is Haesook Kim. She is over 30 years old, and has not lived at the same address with me or her mother for nearly a decade. Rachel works as a pharmacist with the University of California at San Diego, and typically earns more than $150,000 annually.

3. The only recent financial support we have provided Rachel was a $100,000 loan in 2019 (from my wife) for the down payment on Rachel's home, which is titled in her name. The home purchase price was $760,000, and the $100,000 loan has been repaid in full.

4. Rachel presently has no debt obligations to me or my wife.

5. Franklin has many South Korean shareholders who have owned shares for many years and do not have a market available to sell their shares. Virtually no Korean securities companies handle OTC shares due to limited trading volume.

6. The share purchase by my daughter was a private transaction. Rachel's aunt in Korea purchased shares 6 years ago and was interested in selling. Paper shares are not allowed to be sold through Korean securities companies due to Korean government restrictions. Her aunt had been complaining and demanding to sell the shares even at the original investment cost. In August 2020, I asked Rachel if she was interested in purchasing the shares. Rachel was interested, but could only agree to the purchase on a contingent payment basis.

7. My sale of Franklin shares at issue was a specific deal with a third-party investment group. The parties to that transaction negotiated at arm's length for the buyers to acquire restricted shares. Neither Franklin nor Rachel was a party to the transaction.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and if called to testify, I could and would competently do so.

Executed on this <u>24th</u> day of September 2021 at <u>San Diego</u>, California.

By: _____

**PROOF OF SERVICE**

I hereby certify that on September 27, 2021, I electronically transmitted the foregoing document using the CM/ECF system for filing, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies have been served on those indicated as non-registered participants.

Dated:  September 27, 2021                                      /s/ Stephen M. Lobbin