UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOSIRRAH MANAGEMENT, LLC,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>FRANKLIN WIRELESS CORP., et al.,<br><br>　　　　　　　　　　　Defendants. | Case No.: 21-cv-1316-RSH-JLB<br><br>**JUDGMENT** |

This action came before the Court for a trial by jury. The issues have been tried and the jury on October 19, 2023 rendered its verdict in favor of Plaintiff Nosirrah Management, LLC, and found the amount of profits that Defendant O.C. Kim shall pay to Franklin Wireless Corporation is $2,000,000.00. Accordingly, the Court enters judgment in favor of Plaintiff Nosirrah Management, LLC, and Defendant O.C. Kim shall pay $2,000,000 to Nominal Defendant Franklin Wireless Corporation.

**IT IS SO ORDERED**.

Dated: October 27, 2023

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Robert S. Huie
　　　　　　　　　　　　　　　　　　　United States District Judge